1046

[No. 2602–2.   Division Two.   November 29, 1977.]

THE STATE OF WASHINGTON, on the Relation of Stanley J. Trohimovich, Appellant, v. WALTER FAILOR, ET AL, Respondents.

Appeal from judgments of the Superior Court for Grays Harbor County, No. 66322, John H. Kirkwood, J., entered February 6, 19, and 20, 1976. Affirmed by unpublished opinion per Petrie, J., concurred in by Reed, A.C.J., and Worswick, J. Pro Tem.


[No. 2132–2.   Division Two.   November 29, 1977.]

PARK AVENUE HOLDINGS, LTD., Respondent, v. MARIE DONOHOE, ET AL, Appellants.

Appeal from judgments of the Superior Court for King County, No. 806206, F. A. Walterskirchen, J. Pro Tem., entered March 2 and 11, 1976. Affirmed in part and remanded by unpublished opinion per Reed, A.C.J., concurred in by Petrie, J., and Worswick, J. Pro Tem.


[No. 2377–2.   Division Two.   November 30, 1977.]

SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, Respondent, v. JERRY RANNELS, ET AL, Appellants.

Appeal from judgments of the Superior Court for Pierce County, No. 241050, James P. Healy, J., entered April 2 and 22, 1976. Affirmed by unpublished opinion per Petrie, J., concurred in by Reed, A.C.J., and Johnson, J. Pro Tem.